UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Leon Henry Carter, III,

       Plaintiff,

v.

Ralph Clark, et al.,

       Defendants.

**ORDER ADOPTING
REPORT AND RECOMMENDATION**

Civ. No. 14-98 (MJD/LIB)

_____

The above-entitled matter comes before the Court on Plaintiff's objections to the Report and Recommendation of Magistrate Judge Leo I. Brisbois dated October 30, 2014. [Docket No. 30]

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review, the Court will adopt the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

That Defendants' Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6), [Docket No. 12], is **GRANTED**, and that Plaintiff's Complaint is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: February 5, 2015

                                            s/ Michael J. Davis
                                            Michael J. Davis, Chief Judge
                                            United States District Court